COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



MEMORANDUM ORDER

Appellate case name:      Brenda Granger and Tyrone McGhee v. Federal Home Loan Mortgage Corporation

Appellate case number:    01-12-01158-CV

Trial court case number:  1011275

Trial court:              County Civil Court at Law No. 2 of Harris County

On January 11, 2013, appellants Brenda Granger and Tyrone McGhee filed an affidavit of indigence in the trial court in the above-referenced appeal, and the county clerk timely filed a contest to the affidavit the same day. *See* TEX. R. APP. P. 20.1(e). On January 15, 2013, the trial court timely signed an order sustaining the contest to the affidavit. *See* TEX. R. APP. P. 20.1(i)(4). If appellants wished to challenge the order sustaining the contest, appellants were required to file a motion challenging the order no later than January 25, 2013. *See* TEX. R. APP. P. 20.1(j)(2). No timely motion challenging the order sustaining the contest was filed. Accordingly, appellants are not entitled to proceed on appeal without payment of costs.

Appellants are **ORDERED** to pay the filing fee of $175.00 to this Court no later than 10 days from the date of this order, or the appeal will be dismissed. *See* TEX. R. APP. P. 5 (requiring payment of fees in civil cases unless indigent), 20.1 (listing requirements for establishing indigence), 42.3 (allowing involuntary dismissal); *see also* TEX. GOV'T CODE ANN. §§ 51.207, 51.941(a), 101.041 (West 2013) (listing fees in court of appeals); Order Regarding Fees Charged in Civil Cases in the Supreme Court and the Courts of Appeals and Before the Judicial Panel on Multidistrict Litigation, Misc. Docket No. 07-9138 (Tex. Aug. 28, 2007), *reprinted in* TEX. R. APP. P. app. A § B(1) (listing fees in court of appeals).

Appellants are further **ORDERED** to file within 30 days of the date of this order proof that appellants have paid or made arrangements to pay the clerk's fee for preparing the clerk's record or this Court may dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 37.3(b); 42.3(b).

It is so ORDERED.

Judge's signature: <u>Laura Carter Higley</u>

            <u>X</u>  Acting individually    ☐  Acting for the Court


Date:  <u>July 17, 2013</u>